UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAMES CASSELL

                Plaintiff,

-against-

MR. UMOH FIRM LAWYER,

                Defendant.

23-CV-8454 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 6, 2023, the Court dismissed Plaintiff's complaint for lack of subject matter jurisdiction but granted him leave to file an amended complaint within 30 days. Plaintiff has not filed an amended complaint.[1] Accordingly, the Clerk of Court is directed to enter judgment in this matter.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   December 7, 2023
           New York, New York

                                                /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge

---

[1] On November 22, 2023, the Court received a letter from Plaintiff. In the letter, Plaintiff states that on an unspecified date, he "called the cops," and "one time they locked [him] up and took [him] to the hospital." (ECF 5 at 1.) If Plaintiff wishes to assert some claim arising from these events, he must do so in a new civil action, naming those who were involved in violating his rights as defendants.