UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES CASSELL<br><br>                           Plaintiff,<br><br>   -against-<br><br>MR. UMOH FIRM LAWYER, ET AL,<br><br>                        Defendants. | 23-CV-8454 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the December 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  December 7, 2023
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                           Chief United States District Judge